IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, DAYTON

| | |
|---|---|
| ALA NOFAN MAKHAMREH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William P. Barr, Attorney General of the United States of America, United States Department of Justice, *et al.*, <br><br> Defendants. | Case No. 3:18-CV-00227 <br><br> District Judge Walter H. Rice <br><br> (Proposed) Order granting Motion to Seal the U.S. Citizenship and Immigration Services' Certified Administrative Record ("CAR") |

Upon Motion of the Parties and for good cause shown, it is hereby ORDERED:

That the CAR be SEALED pending further Order of this Court.

Ordered this 20th day of November, 2019.

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE